No. 11-7116. Roosevelt Broome, Jr., Petitioner v. Michael S. Hunter, et al.

565 U.S. 1124, 132 S. Ct. 1028, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 34.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 666.

No. 11-7119. Warren L. Edwards, Petitioner v. Albert Yu.

565 U.S. 1124, 132 S. Ct. 1028, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 227.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-7121. Demel Dukes, Petitioner v. Mary Berghuis, Warden.

565 U.S. 1124, 132 S. Ct. 1028, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 47.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7123. Steven Lee Varnum, Petitioner v. Greg Lewis, Acting Warden.

565 U.S. 1124, 132 S. Ct. 1029, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 77.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 589.

No. 11-7128. Charles E. Jones, Petitioner v. Henry Steward, Warden.

565 U.S. 1124, 132 S. Ct. 1029, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 39.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7143. Timothy Shaun Stemple, Petitioner v. Randall G. Workman, Warden.

565 U.S. 1124, 132 S. Ct. 1029, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 386.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 418 Fed. Appx. 732.

No. 11-7144. Neville Sylvester Leslie, Petitioner v. United States, et al.

565 U.S. 1124, 132 S. Ct. 1029, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 75.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 438 Fed. Appx. 103.

No. 11-7151. Robert Bonine Beale, Petitioner v. United States.

565 U.S. 1124, 132 S. Ct. 1030, 181 L. Ed. 2d 758, 2012 U.S. LEXIS 379,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.